Filing # 70299773 E-Filed 04/05/2018 02:19:23 PM

IN THE CIRCUIT COURT OF THE TWENTIETH JUDICAL
CIRCUIT IN AND FOR LEE COUNTY, FLORIDA
CIVIL DIVISION

CASE NO:

DORIN TROFIN,

    Plaintiff,

vs.

COSTCO WHOLESALE
CORPORATION,

    Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, DORIN TROFIN, and sues Defendant, COSTCO WHOLESALE CORPORATION, and alleges:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff, DORIN TROFIN, is a natural person residing in Lee County, Florida.

3. At all times material to this action, COSTCO WHOLESALE CORPORATION, is a Washington corporation licensed to do business in the State of Florida.

4. At all times material hereto, Defendant, COSTCO WHOLESALE CORPORATION, was the owner and in possession of that certain business located at 7171 Cypress Lake Drive, Fort Myers, Florida, said business being that of a wholesale store, open to the general public, including the Plaintiff herein.

5. On or about October 22, 2016, Plaintiff, DORIN TROFIN, visited Defendant, COSTCO WHOLESALE CORPORATION's, premises located at the above address.

1

6. At said time and place, Plaintiff, DORIN TROFIN, was a business invitee at the wholesale store, lawfully upon the premises of the Defendant, COSTCO WHOLESALE CORPORATION, who owed Plaintiff a duty to exercise reasonable care for his safety.

7. At said time and place, Defendant, COSTCO WHOLESALE CORPORATION, breached its duty owed to Plaintiff, DORIN TROFIN, by committing one or more of the following omissions or commissions:

a) Negligently failing to maintain or adequately maintain the floors in the food court, thus creating a hazardous condition to members of the public utilizing said floor, including the Plaintiff herein, thus creating an unreasonably dangerous condition for Plaintiff;

b) Negligently failing to inspect or adequately inspect the floors in the food court, as specified above, to ascertain whether the transitory foreign substance constituted a hazard to pedestrians utilizing said floor, including the Plaintiff herein, thus creating an unreasonably dangerous condition to the Plaintiff;

c) Negligently failing to inspect or adequately warn the Plaintiff of the danger of the floor in the food court, when Defendant knew or through the exercise of reasonable care should have known that said floor was unreasonably dangerous and that Plaintiff was unaware of same; and

d) Negligently failing to correct or adequately correct the unreasonably dangerous condition of the floor in the food court on Defendant's premises, when said condition was either known to Defendant or had existed for a sufficient length of time such that Defendant should have known of same had Defendant exercised reasonable care.

8. As a result, while Plaintiff, DORIN TROFIN, was visiting Defendant COSTCO WHOLESALE CORPORATION's, business, he slipped and fell on transitory foreign substance, sustaining injuries as set forth.

9. As a direct and proximate result of the negligence of Defendant, COSTCO WHOLESALE CORPORATION, Plaintiff, DORIN TROFIN, suffered bodily injury in and about his body and extremities, resulting in pain and suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, DORIN TROFIN, sues the Defendant, COSTCO WHOLESALE CORPORATION, for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

RESPECTFULLY submitted this 5th day of April, 2018

HEATH E. GELMAN, ESQUIRE
FBN: 163686
Morgan & Morgan
Post Office Box 9504
Fort Myers, FL 33906
Phone: (239) 433-6880
Attorneys for Plaintiff
E-Mail: HGelman@ForThePeople.com
TStewart@ForThePeople.com